# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal No.: 04-722 |
| v. | : |
| STUART BOCKLER, | : **ORDER TERMINATING PROBATION SUPERVISION** |
| Defendant. | : |

**THIS MATTER** having been opened to the Court upon the request of the defendant Stuart Bockler, for an Order to terminate the defendant's remaining term of probation; and the Court having considered the papers submitted in support thereof, and in opposition thereto; and for good cause shown;

**IT IS** on this _29th_ day of _Sept_, 2008;

**ORDERED** that defendant Stewart Bockler's probation be and hereby is terminated, effective immediately.

_____
Honorable Jose L. Linares, U.S.D.J.